IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GLENN HINES, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. H-12-3150 |
| § | |
| CITY OF LIVINGSTON, et al., § | |
| § | |
| Defendants. § | |

### FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered today, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 24th day of October, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE